

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 10, 2014**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMERICAN HOUSING FOUNDATION, | § | Case No. 09-20232-RLJ-11 |
| | § | |
| | § | |
| Debtor. | § | |

---

| | | |
|---|---|---|
| WALTER O'CHESKEY, Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 11-02130 |
| | § | |
| HERRING NATIONAL BANK, *et al.* | § | |
| | § | |
| Defendants. | § | |

## SUPPLEMENTAL FINDINGS AND CONCLUSIONS

The Court issued the Findings of Fact and Conclusions of Law in this adversary

proceeding on September 30, 2014 [Docket No. 161].  By such, it instructed the parties to

supplement their arguments and identify from the record the evidence that supports their

respective positions on Herring Bank's ordinary course defense to the Trustee's preference cause. *See* Findings of Fact and Conclusions of Law ¶¶ 56 and 60. Both Herring Bank and the Trustee have done so; the Trustee now concedes that the record supports this defense.

The Court's Findings of Fact and Conclusions of Law are hereby supplemented to provide as follows: AHF's payments of $18,084 to Herring Bank in February 2009 were made in the ordinary course and thereby satisfy the ordinary course defense under § 547(c)(2) of the Bankruptcy Code. Such payments are therefore not avoidable. *See* 11 U.S.C. § 547(c)(2).

The Court hereby instructs counsel for the Trustee to submit a judgment in accordance with the Court's findings and conclusions as hereby supplemented.

### End of Supplemental Findings and Conclusions ###